UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHAPPELL, | No. 2:10-cv-03020-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| SUN LIFE ASSURANCE COMPANY; LINCOLN NATIONAL LIFE INSURANCE; EMPLOYERS INSURANCE COMPANY OF NEVADA and DOES 1 TO 100, | |
| Defendants. | |

----oo0oo----

Presently before the court is a Motion to Dismiss brought by Defendant Sun Life Assurance Company of Canada ("Sun Life"). Sun Life's Motion seeks to dismiss Plaintiff's Second Cause of Action, entitled "Breach of Contract: Plan Benefits" as preempted under the provisions of the Employee Retirement Income Security Act of 1974, 29 U.S.C. section 1001 et seq. ("ERISA"). Sun Life argues that said cause of action, to the extent it purports to allege state law claims, is subsumed by ERISA since ERISA provides the exclusive remedy for all claims arising from employer-sponsored group insurance plans.

1

1  In opposition, Plaintiff agrees that her claims do in fact
2  pertain to a group long-term disability plan governed by ERISA.
3  Despite the moniker given to the cause of action, Plaintiff
4  asserts that in reality it is a claim for ERISA benefits and
5  should be construed as such.  She concedes, however, that the
6  Second Cause of Action would have been more appropriately titled
7  "Second Cause of Action: Breach of ERISA Contract Plan Benefits."
8  Pl.'s Opp'n, 2:21-24.

9  Because the Second Cause of Action may indeed invoke state
10 law claims as currently constituted, Sun Life's Motion to Dismiss
11 (ECF No. 9) is GRANTED.  Plaintiff may file an amended complaint,
12 not later than ten (10) days following the date this Order is
13 electronically filed, in order to properly state a claim for
14 benefits under ERISA, only.[1]

15 IT IS SO ORDERED.

Dated: February 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not deemed to be of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).